UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUCAS CABRERA<br>*on behalf of himself,*<br>*FLSA Collective Plaintiffs and the Class,*<br><br>                 Plaintiffs,<br>      v.<br><br>ALTAMAREA GROUP, LLC,<br>MRMADISON LLC,<br>    d/b/a RISTORANTE MORINI,<br>AMG PARK LLC,<br>    d/b/a VAUCLUSE<br>and OMAR AT VAUCLUSE,<br>ALTAMAREA LLC,<br>    d/b/a MAREA,<br>LETTA #1, LLC,<br>    d/b/a NICOLETTA,<br>AMG HOTELS #1, LLC,<br>    d/b/a AI FIORI,<br>218, LLC,<br>    d/b/a OSTERIA MORINI,<br>MICHAEL WHITE and<br>AHMASS FAKAHANY,<br>                 Defendants. | Case No.: 21-cv-00922<br><br>**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |

       IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the claims of Plaintiff LUCAS CABRERA are voluntarily dismissed, without prejudice, against the Defendants, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii), without costs or attorneys' fees to any party.

       IT IS FURTHER STIPULATED AND AGREED that Defendants' motion to dismiss and to compel arbitration is withdrawn as moot, and Defendants' motion for sanctions is also withdrawn.

       IT IS FURTHER STIPULATED AND AGREED that this Agreement may be signed by the parties in counterparts which together shall constitute one and the same agreement among the parties. A facsimile or e-signature shall constitute an original signature for all purposes.

For the Defendants:

By: _____
    John Orsini, Esq.
    Friedman Kaplan Seiler & Adelman LLP
    7 Times Square
    New York, NY 10036-6516
    Tel: (212) 833-1186
    jorsini@fklaw.com

Date: April 23, 2021

For the Plaintiff:

By: _____
    C.K. Lee, Esq.
    Lee Litigation Group, PLLC
    148 W 24th Street, 8th Floor
    New York, NY 10011
    Tel.: (212) 465-1188
    cklee@leelitigation.com

Date: 4/26/21

SO ORDERED: _____  4/29/2021
                 Hon. Lewis J. Liman                 Dated